TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-95-00497-CR

Delbert Young, Appellant

v.

The State of Texas, Appellee

FROM THE DISTRICT COURT OF MILAM COUNTY, 20TH JUDICIAL DISTRICT

NO. 18,582, HONORABLE CHARLES E. LANCE, JUDGE PRESIDING

PER CURIAM

 Appellant has filed a motion to dismiss this appeal. The motion is granted. Tex.
R. App. P. 59(a)(1)(B).

 The appeal is dismissed.

Before Justices Powers, Aboussie and Kidd

Dismissed on Appellant's Motion

Filed: November 8, 1995

Do Not Publish